UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DISH NETWORK L.L.C., | § § § § § § § § § § § § § § § § § | Civil Action No. 4:19-cv-4563 |
| Plaintiff, | | |
| v. | | |
| DOES 1-15, d/b/a Freetvall.com, Freetvall.net, Freetvall.xyz, Freetvall.me, Freetvall.live, Livetvcafe.com, Livetvcafe.net, Livetvcafe.me, Time4tv.com, Time4tv.net, Time4tv.me, Cricket-tv.net, Cricket-tv.me, Tv4embed.com, and A1livetv.com, | | |
| Defendants. | | |

**DECLARATION OF STEPHEN FERGUSON**

I, Stephen Ferguson, of Houston, Texas, declare as follows:

1. I am admitted to practice in Texas, and an attorney with the firm of Hagan Noll & Boyle LLC ("HNB"), counsel for Plaintiff DISH Network L.L.C. ("DISH"). I make this declaration based on personal knowledge and, if called on to testify, would testify competently as stated herein. This declaration is made in support of DISH's motion for leave to conduct expedited discovery.

2. Attached as **Exhibits 1 – 7** are true and correct copies of the subpoenas that DISH seeks to serve.

3. Through the subpoenas, DISH is requesting information from the third parties that will identify the name and contact information for the persons or entities responsible for the accounts, documents submitted to create or change each account, payment records, Internet Protocol ("IP") addresses used, and communications. Using the subpoena attached at Exhibit 1 as an example, this information is called for in Requests 1-6.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 21, 2019.

/s/ Stephen Ferguson  
Stephen Ferguson