UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DISH NETWORK L.L.C., | § § § | Civil Action No. 4:19-cv-04563 |
| Plaintiff, | § § | |
| v. | § § | |
| DOES 1-15, d/b/a Freetvall.com, Freetvall.net, Freetvall.xyz, Freetvall.me, Freetvall.live, Livetvcafe.com, Livetvcafe.net, Livetvcafe.me, Time4tv.com, Time4tv.net, Time4tv.me, Cricket-tv.net, Cricket-tv.me, Tv4embed.com, and A1livetv.com, | § § § § § § § § § | |
| Defendants. | § § | |

### Order Granting Plaintiff's Motion for Extension of Time to Identify and Serve Defendant Does

Plantiff's Motion for Extension of Time to Identify and Serve Defendant Does is GRANTED. Plaintiff will have an additional 90 days, or until May 21, 2020, to identify and serve Defendants.

SIGNED on this 27 day of Feb, 2020.

Gray H. Miller
United States District Judge