**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| DISH NETWORK L.L.C., § § Plaintiff, § § v. § § NAUMAN KHALID, d/b/a Freetvall.com, § Freetvall.net, Freetvall.xyz, Freetvall.me, § Freetvall.live, Livetvcafe.com, § Livetvcafe.net, Livetvcafe.me, § Time4tv.com, Time4tv.net, Time4tv.me, § Cricket-tv.net, Cricket-tv.me, § Tv4embed.com, and A1livetv.com, § § Defendant. § § | Civil Action No. 4:19-cv-04563 |

## ORDER GRANTING PLAINTIFF DISH NETWORK L.L.C.'S MOTION TO SEAL EXHIBIT 2 TO THE DECLARATION OF ELIZABETH RIEMERSMA

Having considered DISH Network L.L.C.'s ("DISH") Motion to Seal Exhibit 2 to the Declaration of Elizabeth Riemersma, and finding good cause,

IT IS HEREBY ORDERED:

DISH's Motion to Seal Exhibit 2 to the Declaration of Elizabeth Riemersma is GRANTED, and Exhibit 2 shall be sealed.

Dated: August 13, 2020

Gray H. Miller
Senior United States District Judge