UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DISH NETWORK L.L.C., | § | |
| | § | |
|    *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-19-4563 |
| | § | |
| NAUMAN KHALID, d/b/a FREETVALL.COM, | § | |
| FREETVALL.NET, FREETVALL.XYZ, | § | |
| FREETVALL.ME, FREETVALL.LIVE, | § | |
| LIVETVCAFE.COM, LIVETVCAFE.NET, | § | |
| LIVETVCAFE.ME, TIME4TV.COM, | § | |
| TIME4TV.NET, TIME4TV.ME, CRICKET- | § | |
| TV.NET, CRICKET-TV.ME, TV4EMBED.COM, | § | |
| AND A1LIVETV.COM, | § | |
| | § | |
|    *Defendant*. | § | |

**FINAL JUDGMENT**

Pursuant to the memorandum opinion and order issued on February 23, 2021, plaintiff DISH Network L.L.C.'s ("DISH") combined motion for entry of default and default judgment (Dkt. 15) is GRANTED. DISH shall recover from defendant Nauman Khalid:

    A.    Statutory damages in the amount of $16,800,000; and

    B.    Postjudgment interest on the above total at the rate of 0.07% per annum from entry of judgment until the judgment is paid in full.

The court also ENJOINS the following entities in the manner explained:

    A.    Khalid and any of his agents, servants, employees, attorneys, or other persons, including any other owners or operators of the Free TV Websites, acting in active concert or participation with any of the foregoing that receives actual notice of the order, are permanently enjoined from:

- Transmitting, streaming, distributing, publicly performing, linking to, hosting, promoting, advertising, or displaying in the United States, through the Free TV Websites, or any other domain, website, device, application, service, or process, any of the Protected Channels or any of the programming that comprises any of the Protected Channels; and
- Inducing or contributing to any other person's or entity's conduct that is prohibited by the preceding paragraph.

B. Non-parties are permanently enjoined from providing any form of electronic storage, computer server, website hosting, file hosting (including data center and colocation, primary and backup storage, back-end), domain hosting, domain name registration, privacy protection for domain registration, anonymization for domain registration, proxy, content delivery network services, content acceleration (including traffic routing, bandwidth, content delivery networks, web content optimization, website/data security), advertising (including search based online advertising), and social media services used in connection with any of the activities enjoined under Paragraph A.

C. VeriSign, Inc., doMEn d.o.o., XYZ.COM LLC, Dog Beach, LLC, and any other registry or registrar of the domain names Freetvall.com, Freetvall.net, Freetvall.xyz, Freetvall.me, Freetvall.live, Livetvcafe.com, Livetvcafe.net, Livetvcafe.me, Time4tv.com, Time4tv.net, Time4tv.me, Cricket-tv.net, Cricket-tv.me, Tv4embed.com, and A1livetv.com, within 48 hours of receiving this order, shall transfer the domain names to DISH, including changing the registrar of record to the registrar selected by DISH at DISH's reasonable expense so that DISH may fully control and use the domain names.

D. Registries and registrars shall disable all future domain names used by Khalid to provide access to the Protected Channels in the United States, by making the websites and any other content located at the domain names inaccessible to the public within 48 hours of receiving this order and a declaration from DISH or its agent stating that the domain names are being used in such manner. Such domain names shall remain disabled so that the websites and content located at the domain names are inaccessible to the public until further order of this Court, or until DISH provides written notice to the registry or registrar that the domain names shall be reenabled.

This is a FINAL JUDGMENT.

Signed at Houston, Texas on February 23, 2021.

Gray H. Miller
Senior United States District Judge